# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:  Xavia Nefertiti Dawson, | CHAPTER 13 |
| Desiree Yvonne McCrae, | CASE NO.  20-31701-KRH |
| Debtors. | |

**Suzanne Wade, Esq., Trustee**

### MOTION TO WITHDRAW AS COUNSEL

Comes Now, Counsel for Debtors, Angela N. Neiman, and makes motion that she be allowed to withdraw as counsel for Debtors and offers the following as reason for her Motion:

1. Debtors filed a joint chapter 13 case with Angela N. Neiman as counsel on March 27, 2020.

2. Since filing the case, Debtors have separated and, despite many efforts, are unable to agree on a course of action in the case and Counsel for Debtors believes she cannot represent either party without creating a conflict.

WHEREFORE, Counsel for Debtors, Angela N. Neiman, requests that an order relieving her as counsel for both parties be entered by this Honorable Court.

By: /s/Angela N. Neiman
Angela N. Neiman, Esq. VSB #86371
Main Street Law Offices
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

SEEN:

/s/Xavia Nefertiti Dawson_____ _
Xavia Nefertiti Dawson, Debtor


SEEN:

/s/Desiree Yvonne McCrae_____
Desiree Yvonne McCrae, Joint Debtor


### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was mailed, by first class mail, or sent electronically, this 13th day of July, 2020, to Suzanne Wade, Trustee; Xavia Dawson, Debtor; Desiree McCrae, Joint Debtor; and all other parties of interest pursuant to Local Rule 9022 and as listed on the attached list of creditors.

 /s/Angela N. Neiman
Angela N. Neiman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re:    Xavia Nefertiti Dawson,**                    CHAPTER 13
**        Desiree Yvonne McCrae,**                    CASE NO.  20-31701-KRH
**                    Debtors.**

**Suzanne Wade, Esq., Trustee**

**NOTICE OF MOTION**
**Notice of Motion**

Angela N. Neiman, Counsel for Debtors, has filed papers with the Court to be relieved as counsel of record for the Debtors.

Your rights may be affected. You should read these papers carefully and discus them with your attorney, if you have one.

If you do not want the Court to grant this Motion, or if you want the Court to consider your view on the Motion, then on or before July 27, 2020, you or your attorney must:

> File with the Court, at the address shown below, a written response pursuant to Fed. Rules of Bankruptcy Procedure Section 2002(a)(2) and Local Bankruptcy Rule 9013.  If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Rm 4000
> Richmond, VA 23219

> You must also mail a copy to:
>
> Attorney for Debtors
> Angela N. Neiman
> 1701 W. Main Street
> Richmond, VA 23220

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion to Withdraw as Counsel.

/s/Angela N. Neiman
Angela N. Neiman, Esq. VSB #86371                                    Date:    7/13/2020
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

Certificate of Service

I certify that a copy of the foregoing Notice of Motion was mailed by first class mail, or sent electronically, July 13, 2020, to Suzanne Wade, Trustee; Xavia Dawson, Debtor; Desiree McCrae, Joint Debtor; and all other parties of interest pursuant to Local Rule 9022 and as listed on the attached list of creditors.

                        /s/Angela N. Neiman
                        Angela N. Neiman, Esq.

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    United States Bankruptcy Court
0422-3                                   4515 N Santa Fe Ave. Dept. APS                  701 East Broad Street
Case 20-31701-KRH                        Oklahoma City, OK 73118-7901                    Richmond, VA 23219-1888
Eastern District of Virginia
Richmond
Mon Jul 13 16:32:06 EDT 2020

AT&T                                     Advance America                                 Affiliate Asset Solutions LLC
4200 International Pkwy                  5642 Brook Road                                 145 Technology Pkwy NW Ste 100
Carrollton, TX 75007-1912                Richmond, VA 23227-2273                         Norcross, GA 30092-3536


American Family Fitness                  American First Finance                          American First Finance
4200 InnFlake Drive                      PO BOX 565848                                   c/o Becket and Lee LLP
Suite 104                                Dallas, TX 75356-5848                           PO Box 3002
Glen Allen, VA 23060-6772                                                                Malvern PA 19355-0702


Atlantic Union Bank                      Bank of America                                 Benuck & Rainey
PO Box 940                               PO Box 15019                                    25 Concord Rd
Ruther Glen, VA 22546-0940               Wilmington, DE 19850-5019                       Lee, NH 03861-6624


Bon Secours                              Capital One                                     Capital One Auto Finance, a division of
PO Box 1123                              Attn: Bankruptcy Dept                           AIS Portfolio Services, LP
Minneapolis, MN 55440-1123               PO Box 30285                                    4515 N Santa Fe Ave. Dept. APS
                                         Salt Lake City, UT 84130-0285                   Oklahoma City, OK 73118-7901


Cash 2 U                                 CashNetUSA                                      Comcast Cable
3131 Mechanicsville Turnpike             175 W. Jackson, Suite 1000                      8110 Corporate Drive 3rd Floor
Richmond, VA 23223-1722                  Chicago, IL 60604-2863                          Nottingham, MD 21236-5034


Comenity - Victoria's Secret             Commonwealth Radiology, PC                      (p)DOMINION VIRGINIA POWER
PO Box 659728                            1508 Willow Lawn Drive, Ste 117                 PO BOX 26666
San Antonio, TX 78265-9728               Richmond, VA 23230-3421                         18TH FLOOR
                                                                                         RICHMOND VA 23261-6666


East End Auto                            Elephant Insurance                              Elizabeth River Tunnels
3114 Williamsburg Rd                     PO Box 75658                                    700 Port Centre Pkwy, Ste 2B
Richmond, VA 23231-2232                  Baltimore, MD 21275-5658                        Portsmouth, VA 23704-5901


Elizabeth River Tunnels                  Emergency Coverage Corporation                  First Virginia
Bankruptcy Department                    PO Box 1123                                     7035 Staples Mill Road
152 Tunnel Facility Drive                Minneapolis MN 55440-1123                       Henrico, VA 23228-0000
Portsmouth, VA 23707-1802


Gastrointestinal Specialists             Germantown Emergency                            Great Eastern Resort Corp.
2369 Staples Mill Rd., 2nd Fl.           19731 Germantown Rd                             610 West Rio Rd
Richmond, VA 23230-2909                  Germantown, MD 20874-1221                       Charlottesville, VA 22901-1412
```

| | | |
|---|---|---|
| Henrico Doctor's Hospital<br>Att: Legal Dept<br>PO Box 13620<br>Richmond, VA 23225-8620 | I C System, Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Linebarger Goggan Blair & Samp<br>P.O. Box 3585<br>Houston, TX 77253-3585 | Loan Max<br>4266 James Madison Pkwy<br>King George, VA 22485-5995 | (p)VCU HEALTH<br>ATTN ATTN CUSTOMER SERVICE SUPPORT<br>7818 E PARHAM ROAD<br>HENRICO VA 23294-4302 |
| MCV Hospitals<br>Attn: Bankruptcy Dept.<br>PO Box 980462<br>Richmond, VA 23298-0462 | Medicredit Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Memorial Regional Medical<br>2000 Riveredge Pkwy<br>Atlanta, GA 30328-4694 |
| Michael Wayne Investment Co.<br>2900 Sabre Street, Suite 75<br>Virginia Beach, VA 23452-7488 | Midwest Recovery Systems<br>2747 W Clay St Ste A<br>Saint Charles, MO 63301-2557 | NC Financial<br>200 W Jackson Blvd Ste 2<br>Chicago, IL 60606-6910 |
| NPRTO South-East, LLC<br>256 West Data Drive<br>Draper, Utah 84020-2315 | Office of the US Trustee<br>701 E. Broad Street, Ste 4304<br>Richmond, VA 23219-1885 | OrthoVirginia<br>PO Box 35725<br>Richmond, VA 23235-0725 |
| OrthoVirginia, Inc.<br>c/o D. Kent Gilliam, P.C.<br>804 Moorefield Drive, Suite 200<br>Richmond, Virginia 23236 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Physical Therapy Solutions<br>8201 Atlee Road #D<br>Mechanicsville, VA 23116-1815 | Physical Therapy Solutions<br>Benuck & Rainey, Inc.<br>25 Concord Rd.<br>Lee, NH 03861-6624 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Progressive Leasing<br>256 West Data Drive<br>Draper, UT 84020-2315 | Radiology Assoc. Of Richmond<br>P.O. Box 79923<br>Baltimore, MD 21279-0923 | Recievable Management<br>7206 Hull St Rd<br>Suite 211<br>Richmond, VA 23235-5826 |
| Richard Knapp & Assoc.<br>2800 Patterson Ave #101<br>Richmond, VA 23221-1762 | Richmond Redevpmt Housing Auth<br>901 Chamberlayne Parkway<br>Richmond, VA 23220-2300 | Rolfe Emergency Phys, LLC<br>PO Box 37934<br>Philadelphia, PA 19101-7934 |
| Rollingwood Apartments<br>6300 Pewter Avenue<br>Richmond, VA 23224-5618 | Shafer Law Frim<br>890 Market Street<br>Meadville, PA 16335-3318 | Shiva Finance, LLC<br>Advance Financial<br>c/o Glen C. Watson, III<br>P.O. Box 121950<br>Nashville, TN 37212-1950 |

| | | |
|---|---|---|
| Shiva Finance, LLC<br>d/b/a Advance Financial<br>100 Oceanside Drive<br>Nashville, TN 37204-2351 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Suntrust Bank<br>PO Box 85052<br>Richmond, VA 23285-5052 |
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | THWC LLC t/a Richard J Knapp & Associates<br>1910 Byrd Avenue Suite #5<br>Richmond VA 23230-3034 |
| Treehouse Apartments<br>5701 Pony Farm Drive<br>Richmond, VA 23227-4900 | US Dept. of Education<br>PO Box 5202<br>Greenville, TX 75403-5202 | United Consumers, Inc<br>PO Box 4466<br>Woodbridge, VA 22194-4466 |
| Verizon Bankruptcy Center<br>500 Technology Dr #550<br>Saint Charles, MO 63304-2225 | Virginia Oral & Facial Surgery<br>11545A Nuckols Rd<br>Glen Allen, VA 23059-5666 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 |
| Wells Fargo Bank<br>Post Office Box 5943<br>Sioux Falls, SD 57117-5943 | Zacharias Brothers Realty<br>PO Box 26664<br>Richmond, VA 23261-6664 | Zacharias Brothers Realty<br>c/o TRG Law PLLC<br>8002 Discovery Drive, Suite 306<br>Richmond, VA 23229-8601 |
| Angela N. Neiman<br>Main Street Law Offices<br>1701 W. Main Street<br>Richmond, VA 23220-4634 | Desiree Yvonne McCrae<br>1229 Nelson Street Apt. A<br>Richmond, VA 23231-3673 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | Xavia Nefertiti Dawson<br>1229 Nelson Street Apt. A<br>Richmond, VA 23231-3673 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dominion Virginia Power<br>Post Office Box 26666<br>Claims Management<br>Richmond, VA 23261-0000 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | MCV Associated Physicians<br>7818 E Parham Road<br>Richmond, VA  23294 |
| Phoenix Financial Serv<br>8902 Otis Ave<br>Indianapolis, IN 46216-0000 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Sprint<br>ATTN: Bankruptcy Department<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Wachovia Bank
PO Box 7558
Philadelphia, PA 19101-7558

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    79
Bypassed recipients     1
Total                  80